# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| GEM Razorback, LLC, | ) |
|         Plaintiff, | ) **ORDER TO STAY** |
| vs. | ) |
| | ) Case No. 1:19-cv-236 |
| Oasis Petroleum North America LLC, | ) |
|         Defendant. | ) |

On October 1, 2020, Defendant Oasis Petroleum North America LLC "("Oasis") filed a "Suggestion of Bankruptcy." See Docket No. 24. In that notice, it requests any further legal proceedings in this matter, or execution on any judgment entered, be stayed pursuant 11 U.S.C. § 362(a)(1). Section 362(a)(1) provides that, upon the filing of a bankruptcy petition, all judicial and other proceedings are stayed. See 11 U.S.C.§ 362(a)(1); see also Missouri v. U.S. Bankruptcy Court for E.D. of Arkansas, 647 F.2d 768, 775 (8th Cir. 1981).

On September 30, 2020, Oasis filed a Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the Southern District of Texas. Consequently, this matter is **STAYED** pursuant to 11 U.S.C. § 362.

**IT IS SO ORDERED**.

Dated this 2nd day of October, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court