IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| GEM Razorback, LLC, | ) | |
| | ) | **ORDER LIFTING STAY AND** |
| Plaintiff, | ) | **AND SETTING SCHEDULING** |
| | ) | **CONFERENCE** |
| vs. | ) | |
| | ) | |
| Oasis Petroleum North America LLC, | ) | |
| | ) | Case No. 1:19-cv-236 |
| Defendant. | ) | |

On October 2, 2020, the court issued an order staying this case pursuant to 11 U.S.C. § 362. (Doc. No. 25). At the court's direction, the parties filed a joint status report on February 16, 2023, advising that the automatic stay under 11 U.S.C. § 362 no longer affects this case and requesting that the court set a scheduling conference in the near future. (Doc. No. 27).

Accordingly, the court lifts the stay. The court will hold a scheduling/discovery conference with the parties on March 28, 2023, at 9:00 AM. The scheduling conference will be held by telephone. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The parties are advised that telephone conferences may be electronically recorded for the convenience of the court.

**No later than two business days prior to the conference**, counsel shall submit their joint proposed revised scheduling/discovery plan, electronically signed and dated by counsel for all parties, in **WordPerfect or Word format**, to the magistrate judge at ndd_J-Hochhalter@ndd.uscourts.gov. Counsel may use the court's sample Scheduling/Discovery plan, available at www.ndd.uscourts.gov/forms. **If the court's sample form is used, please use the form as revised in August 2022.**

Any disagreements among counsel as to deadlines will be discussed at the scheduling conference.  Counsel are encouraged to have a comprehensive discussion and are required to approach the meeting cooperatively and in good faith. The discussion of claims and defenses should be substantive and meaningful.

**IT IS SO ORDERED.**

Dated this 17th day of February, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
